# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00464-CV

---

**Kathryn E. Allen and Jeffrey Garrett, Appellants**

**v.**

**The City of Lakeway, Texas; City Officials Charlotte Hodges and Alex Damgaard; and Lake Travis I.S.D., Appellees**

---

**FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-19-003275, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Counsel for appellants Kathryn E. Allen and Jeffrey Garrett and counsel for appellees The City of Lakeway, Texas; City Officials Charlotte Hodges and Alex Damgaard; and Lake Travis I.S.D. have filed a "Joint Motion Under Rule 42.1 for Disposition in Accordance with the Parties' Agreement." *See* Tex. R. App. P. 42.1(a)(2)(A). The parties request that we vacate, without regard to the merits, the district court's July 2, 2019 orders dismissing Allen's and Garrett's lawsuit with prejudice and, in accordance with the parties' settlement agreement, dismiss the underlying district-court cause without prejudice.

We grant the parties' requested relief, vacate the district court's July 2, 2019 orders without regard to the merits, and dismiss the underlying district-court cause without prejudice, and dismiss this appeal as moot. *See id.*

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Triana and Smith

Vacated and Dismissed on Joint Motion

Filed:   December 12, 2019